# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:10cr00201 |
| vs. | : | District Judge Timothy S. Black<br>Magistrate Judge Sharon L. Ovington |
| FRANCISCO GOMEZ-KIROGA, | : | **DECISION AND ENTRY** |
| Defendant. | : | |

The Court has conducted a de novo review of the Report and Recommendations (Doc. #15) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on December 14, 2010 (Doc. #15) is ADOPTED in full;

2. Defendant Francisco Gomez-Kiroga's plea of guilty to Count One of the Information is ACCEPTED; Defendant is found guilty as charged in such Count of Previously Removed Alien in the United States in violation of 8 U.S.C. §§1326(a)(1) and (a)(2);

3. The case remains pending in anticipation of the United States Probation Department's issuance of a pre-sentence investigation report; and

4. The previously scheduled (Doc. #14) sentencing date of March 3, 2011 at 10:00 a.m. before United States District Judge Timothy S. Black is CONFIRMED.

_____
Timothy S. Black
United States District Judge